UNITED STATES DISTRICT COURT

WESTERN DISTRICT COURT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

JUL 27 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

JASON CHOY
MEGAN FOX
PLAINTIFF

CASE NO. 3:26-cv-606-KDB

VS.

SELF-HELP CREDIT UNION
HENDRICK AUTOMOTIVE
TRAVELERS INSURANCE AGENCY
DEFENDANTS

/

## CIVIL COMPLAINT

### PARTIES

1. JASON CHOY, Plaintiff in this lawsuit in a resident of the State of Florida in the County Osceola, In the city of Kissimmee, who resides at 507 Kissimmee Oaks Ct Apt 11, Kissimmee, FL 34741.

2. SELF-HELP CREDIT UNION is a foreign non-profit corporation in the state of Georgia with a location in the City of Atlanta at 921 Ralph David Abernathy Blvd, Atlanta, Ga 30310.

3. HENDRICK AUTOMOTIVE GROUP is a corporation in the state of North Carolina and does business in the state of Georgia, South Carolina and Florida and North Carolina. 6000 Monroe Road, Charlotte, North Carolina, USA, 28212

4. TRAVELERS INSURANCE is an insurance agency that issues insurance policies in varies states, and its corporate address is 485 Lexington Ave Suite 400, New York, NY, 10017.

5. Megan Fox is Plaintiff in this lawsuit in a resident of the State of Florida in the County Osceola, In the city of Kissimmee, who resides at 507 Kissimmee Oaks Ct Apt 11, Kissimmee, FL 34741.

## STATEMENT OF CLAIM

On December 7 2024, the plaintiff Jason Choy who is mentioned throughout this claim was involved in an accident in Atlanta Ga. He filed a claim with his insurance carrier Travelers insurance. On December 26, 2024, the plaintiff insurance issue payment to Jason Choy, Megan Fox and Ally financial for the amount of $12,920 which was drawn of Citibank, for the repairs of the vehicle which Is a 2024 Lexus RX350. The plaintiff deposited the check that was signed by Megan, Fox and Jason choy into Self-help credit union atm in Atlanta, Ga on January 4, 2025. On January 14th the defendant self-help credit union released the funds and then putting on a hold back on the funds later that evening due to not properly endorsed.

## STATEMENT OF FACTS

1. On December 26th travelers' insurance issued payment to Megan Fox, Jason Choy and Ally Bank for the repairs of the vehicle. On January 4th the Plaintiff Jason Choy deposited the check into his checking account at Self-Help Credit union. The amount of the check was $12,920, which was held for 7 business days until January 14th.

2. On January 14th the defendant Self-help credit union released the funds on the account in the morning and later in afternoon placed a hold on the funds again due to not properly endorsed.

3. The plaintiff has reached out to the bank about releasing the funds in which the plaintiff refused to do so. The plaintiff insurance has reached out to both defendants to recover the funds and no response back from either defendant.

4. The plaintiff insurance contacted Citibank, since it's their bank and asked them to return the check or stop payment and Citibank told them they couldn't put a stop payment on the check.

5. Ms. Megan fox on February 4th or about that time issued a payment amount to Hendrick Lexus for the repairs of the vehicle in the amount of $14,200 due to that the defendant would release funds. Due to Ms. Fox having to take that money out her account caused her to be late with her rent.

6. In accordance with the Expedited Funds Availability Act 12 CFR part 229, funds may be held up to 7 business days with written notice and any longer a notice must be given to customer as to reason why they are holding funds longer and cannot be longer than 30 days. <u>Consumer Affairs Letter CA 11-7 on Funds Availability and Payment of Interest</u>.

7. The defendant should not have allowed the process of the check as it was not fully endorsed and allowed it to go to Citibank to cash in which Citibank allowed the check to be cashed.

8. Hendrick Collusion center in Charlotte, NC did the repairs for the vehicle, payment was given directly from the plaintiff and not the insurance agency since the travelers sent

payment to the plaintiff and payment is still on hold. A payment from travelers was sent to Hendrick and in which they cashed it instead of looking at the account and seeing account was paid in full and Hendrick refused to refund plaintiff that amount.

\

RELIEF SOUGHT

The plaintiff in this action, is demanding a Jury Trial, and is seeking damages in the amount of $25,000 from each defendant and any punitive damages the court may seem deemed to award. The damages are caused by out-of-pocket repairs and back rent payments that are supposed to been made.

JASON CHOY, PRO-SE
PLAINTIFF
507 KISSIMMEE OAKS CT APT 11
KISSIMMEE, FL 34741
JCHOY12@GMAIL.COM
404.823.7005