# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:26-CV-00606-KDB-WCM

| | |
|---|---|
| JASON CHOY AND MEGAN FOX,<br><br>   **Plaintiffs,**<br><br>   **v.**<br><br>SELF-HELP CREDIT UNION, TRAVELERS INSURANCE, AND HENDRICK AUTOMOTIVE GROUP,<br><br>   **Defendants.** | **MEMORANDUM AND ORDER** |

THIS MATTER is before the Court on Plaintiffs Megan Fox and Jason Choy's Motions to Proceed in Forma Pauperis (Doc. Nos. 2-3). The Court has carefully considered these motions and Plaintiffs' sworn Applications, which detail their financial circumstances. Based on that examination, the Court finds that Plaintiffs' reasonable expected expenses each exceed their individual expected income, and they do not otherwise have sufficient assets with which to pay the filing fee. Further, upon an initial review, the Court finds that the Complaint is not frivolous or malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Therefore, Plaintiffs' Motions will be granted.

1

IT IS, THEREFORE, ORDERED that:

1   Plaintiffs' Motions to Proceed In Forma Pauperis (Doc. Nos. 2-3) are GRANTED; and

2   Any recovery in this action will be subject to payment of fees and costs, including the
    $405.00 filing fee.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: July 31, 2026

Kenneth D. Bell
United States District Judge

2